

# NUMBER 13-21-00433-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**WILMER LOJA, M.D.,**
**WILMER E. LOJA, M.D., P.A., AND**
**WILMER E. LOJA AND ASSOCIATES, P.A,**                     **Appellants,**

**v.**

**MALLORY COTTON AND**
**JERAMY BRIDGES, INDIVIDUALLY,**
**AND AS NEXT FRIENDS,**
**NATURAL PARENTS, AND AS**
**WRONGFUL DEATH BENEFICIARIES**
**OF BABY BOY BRIDGES,**                                        **Appellees.**

---

### On appeal from the 103rd District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

This cause is before the Court on appellants' unopposed motions to lift the abatement, reinstate the case, and dismiss the appeal. We grant the motions, lift the abatement, reinstate the case, and dismiss the appeal.

"In accordance with a motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled." TEX. R. APP. P. 42.1. Attached to the appellants' motion is a dismissal order signed by the trial court on August 3, 2023, stating that the parties have agreed to extinguish the controversy between them *in toto*. "Appeals of some interlocutory orders become moot because the orders have been rendered moot by subsequent orders." *Hernandez v. Ebrom*, 289 S.W.3d 316, 319 (Tex. 2009). "A case is moot when a justiciable controversy no longer exists between the parties or when the parties no longer have a legally cognizable interest in the outcome." *Tex. Dep't of Fam. & Protective Servs. v. N.J.*, 644 S.W.3d 189, 192 (Tex. 2022). "A case may become moot at any time, including on appeal." *Id.* When an appeal becomes moot, we must dismiss it for want of jurisdiction. *Id.* (citing *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *see also Betancourt v. Cotton*, No. 13-22-00132-CV, 2022 WL 1414502, at *1 (Tex. App.—Corpus Christi–Edinburg May 5, 2022, no pet.) (mem. op.).

Upon review of the motions to lift the abatement, reinstate the appeal, and dismiss, the Court is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the agreement of the parties, costs will

2

be taxed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
17th day of August, 2023.